FILED

APR 16 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-30057-SMY |
| | ) | |
| JOHNNIE L. TAYLOR | ) | Title 18, United States Code, Section 922(g)(1) and 924(d). |
| | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about March 28, 2019, in St. Clair County, Illinois, within the Southern District of Illinois,

**JOHNNIE L. TAYLOR,**

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Felon in Possession of a Firearm, on or about December 6, 2007, in Cause Number 3:06-cr-30114-DRH, in the United States District Court in the Southern District of Illinois, did knowingly possess, in or affecting commerce, a firearm, to wit: a Hi-Point C9, 9 mm, semi-automatic handgun, bearing serial number P1250485, in violation of Title 18, United States Code, Section 922(g)(1).

**Forfeiture of Firearms Allegation**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**JOHNNIE L. TAYLOR**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including but not limited, to the following: a Hi-Point C9, 9 mm, semi-automatic handgun, bearing serial number P1250485

**A TRUE BILL**

[redacted]

ALEXANDRIA M. BURNS
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: DETENTION