# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

Johnnie L. Taylor
*Defendant(s)*

Case Number: 19-CR-30057-SMY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Johnnie L. Taylor, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Felon in Possession of a Firearm in violation of 18:922(g)(1)

Date: November 20, 2019

Reid Hermann, Deputy Clerk
*Issuing officer's signature*

City and state: East St. Louis, IL

Margaret M. Robertie, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*