IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 19-CR-30057-SMY |
| vs. | ) | |
| | ) | |
| JOHNNIE L. TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE PURSUANT TO FED.R.CRIM.P. 32.2 WITH RESPECT TO A CERTAIN FIREARM AND AMMUNITION OF JOHNNIE L. TAYLOR**

In the Superseding Indictment filed in this case on November 19, 2019, the United States sought forfeiture of property of Defendant Johnnie L. Taylor pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). The Court, upon consideration of Defendant's guilty plea, **ORDERS FORFEITED** the following property:

**A Hi-Point C9, 9mm, semi-automatic handgun, bearing serial number P1250485, any and all ammunition contained therein.**

The United States shall, in a manner consistent with Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, provide notice of the forfeiture and the right of persons other than the defendant who have any claim or legal interest in any of the property to file a petition with the Court. The Notice shall state that the petition shall be set for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. To the extent practicable, the United States shall also provide direct written notice to any person known to have alleged an interest in the

property that is the subject of the Order for Forfeiture, as the substitute for the published notice to those persons so notified.

Upon the filing of a petition alleging third-party interests in the property, the Court may amend this Order to resolve the claimed third-party interests.

The United States Marshals or the custodian for the Alcohol, Tobacco, Firearms and Explosives shall seize and reduce to his possession, if he has not already done so, the above-described property.

Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order shall become final with respect to Defendant Johnnie L. Taylor at the time of Defendant's sentencing, regardless of whether or not the rights of actual or potential third-party petitioners have been determined by that time. This Order shall be made part of the sentence of Defendant Johnnie L. Taylor and shall be included in the Judgment imposed against Defendant. The United States may abandon forfeiture of the property by filing notice of the abandonment with the Court.

**IT IS SO ORDERED.**

**DATED: February 24, 2020**

**STACI M. YANDLE**
**United States District Court Judge**